UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PIPELINE HEALTH SYSTEM, LLC., *et al.*,[1]<br>   Debtors. | Chapter 11<br><br>Case No. 22-90291 (MI)<br><br>(Jointly Administered) |
| TENET BUSINESS SERVICES CORPORATION; VHS ACQUISITION SUBSIDIARY NUMBER 3, INC.; LAKEFRONT MEDICAL ASSOCIATES, LLC; VANGUARD MEDICAL SPECIALISTS, LLC; VHS WEST SUBURBAN MEDICAL CENTER, INC.; VHS ACQUISITION SUBSIDIARY NUMBER 4, INC., MACNEAL PHYSICIANS GROUP, LLC; VHS WESTLAKE HOSPITAL, INC.; AND MIDWEST PHARMACIES, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>SRC HOSPITAL INVESTMENTS II, LLC; RIVER FOREST PROPERTY HOLDINGS, LLC; WEISS MOB PROPERTY HOLDINGS, LLC; WEISS PROPERTY HOLDINGS, LLC; AND WEST SUBURBAN PROPERTY HOLDINGS, LLC,<br><br>   Defendants. | Adv. No. 23-03082 |

**PLAINTIFFS' RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

  Tenet Business Services Corporation, together with the other above-captioned plaintiffs (collectively, the "***Tenet Entities***"), pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, hereby certify as follows:

---

[1] A complete list of each of the debtors (the "***Debtors***") in the jointly administered chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

1

Vanguard Medical Specialists, LLC[2] and MacNeal Physicians Group, LLC are wholly owned subsidiaries of VHS of Illinois, Inc. VHS of Illinois, Inc. is a wholly owned subsidiary of Vanguard Health Financial Company, LLC.

Midwest Pharmacies, Inc.[3] is a wholly owned subsidiary of MacNeal Management Services, Inc. MacNeal Management Services, Inc. is a wholly owned subsidiary of Vanguard Health Financial Company, LLC.

LakeFront Medical Associates, LLC[4] is a wholly owned subsidiary of VHS Acquisition Subsidiary Number 3, Inc.  VHS Acquisition Subsidiary Number 3, Inc. is a wholly owned subsidiary of Vanguard Health Financial Company, LLC.

VHS Acquisition Subsidiary Number 4, Inc.,[5] VHS West Suburban Medical Center, Inc., and VHS Westlake Hospital, Inc. are wholly owned subsidiaries of Vanguard Health Financial Company, LLC.

Vanguard Health Financial Company, LLC is a wholly owned subsidiary of Vanguard Health Management, Inc. Vanguard Health Management, Inc. is a wholly owned subsidiary of Vanguard Health Holding Company II, LLC.  Vanguard Health Holding Company II, LLC is a wholly owned subsidiary of Vanguard Health Holding Company I, LLC. Vanguard Health Holding Company I, LLC is a wholly owned subsidiary of Vanguard Health Systems, Inc. Vanguard Health Systems, Inc. is a wholly owned subsidiary of Tenet Healthcare Corporation.

Tenet Business Services Corporation is a wholly owned subsidiary of Tenet Healthcare Corporation.

The equity stock of Tenet Healthcare Corporation is publicly traded.

---

[2] Vanguard Medical Specialists, LLC (a Delaware entity), was dissolved August 8, 2022.
[3] Midwest Pharmacies, Inc. (an Illinois entity), was dissolved August 11, 2022.
[4] LakeFront Medical Associates, LLC (a Delaware entity), was dissolved August 5, 2022.
[5] VHS Acquisition Subsidiary Number 4, Inc. (a Delaware entity), was dissolved May 20, 2022.

2

LEGAL02/43006328v3

Dated: August 4, 2023            **ALSTON & BIRD LLP**

*/s/ Jared M. Slade*
Jared M. Slade
Texas Bar No. 24060618
S.D. Tex. Bar no. 1813371
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
T: 214-922-3400
E: jared.slade@alston.com

*and*

Leah Fiorenza McNeill (*pro hac vice*)
Georgia Bar No. 940554
Jacob A. Johnson (*pro hac vice*)
Georgia Bar No. 849407
One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309
T: 404-881-7000
F: 404-881-7777
E: leah.mcneill@alston.com
E: jacob.johnson@alston.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a true and correct copy of the foregoing *Plaintiffs' Rule 7007.1 Corporate Ownership Statement* was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jared M. Slade*
Jared M. Slade

*Counsel for Plaintiffs*
